UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:                                                                  CASE NO.: 18-10180-VFP
                                                                        CHAPTER 13
Daryl L Smith,

   Debtor.
_____/

### REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE THAT, on behalf of DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-QS3 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487

> Robertson, Anschutz & Schneid, P.L.
> Authorized Agent for Secured Creditor
> 6409 Congress Ave., Suite 100
> Boca Raton, FL 33487
> Telephone: 561-241-6901 (main)
> Telephone: 973-575-0707 (local)
> Facsimile: 561-997-6909
> By: /s/Laura Egerman
> Laura Egerman, Esquire
> Email: legerman@rasnj.com

SMITH, DARYL

18-130630 - LaE
Request for Service
Page 1

Document    Page 2 of 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 30, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ROBERT C. NISENSON
10 AUER COURT
SUITE E
EAST BRUNSWICK, NJ  08816

DARYL L SMITH
92A ROLAND AVENUE
SOUTH ORANGE, NJ  07079

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD, NJ  07004

U.S. DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ  07102

                      Robertson, Anschutz & Schneid, P.L.
                      Authorized Agent for Secured Creditor
                      6409 Congress Ave., Suite 100
                      Boca Raton, FL 33487
                      Telephone: 561-241-6901 (main)
                      Telephone: 973-575-0707 (local)
                      Facsimile: 561-997-6909
                      By: /s/Laura Egerman
                      Laura Egerman, Esquire
                      Email: legerman@rasnj.com

18-130630 - LaE
Request for Service
Page 2