Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18–10180–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Daryl L Smith
  92A Roland Avenue
  South Orange, NJ 07079

Social Security No.:
  xxx–xx–4465

Employer's Tax I.D. No.:

---

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on February 9, 2018, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 21 – 8
Order Granting Motion to Continue Bankruptcy Stay (Related Doc # 8). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/9/2018. (jf)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 9, 2018
JAN: jf

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-10180-VFP
Daryl L Smith                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin           Page 1 of 1          Date Rcvd: Feb 09, 2018
                           Form ID: orderntc      Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2018.
db             +Daryl L Smith,    92A Roland Avenue,    South Orange, NJ 07079-1822
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Robertson Anschutz & Schneid, P.L.,
                6409 Congress Avenue,    Suite 100,    Boca Raton, FL 33487-2853
cr             +Deutsche Bank Trust Company Americas,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Ste 100,    Boca Raton, FL  33487,   UNITED STATES 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2018 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, successor indenture
          trustee to Bank of America, N.A., successor by merger to LaSalle Bank  National Association, as
          Indenture trustee for Home Equity Loan Trust 2007-HS dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
        Kevin M. Buttery    on behalf of Creditor    Deutsche Bank Trust Company Americas
          bkyefile@rasflaw.com
        Laura M. Egerman    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
          bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
        Marie-Ann  Greenberg    magecf@magtrustee.com
        Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, successor indenture
          trustee to Bank of America, N.A., successor by merger to LaSalle Bank  National Association, as
          Indenture trustee for Home Equity Loan Trust 2007-HS rsolarz@kmllawgroup.com
        Robert C. Nisenson    on behalf of Debtor Daryl L Smith rnisenson@aol.com,
          nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonlaw@gmail.com;nisensonrr70983@notify.best
          case.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 7