| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2 (c)<br><br>In the Matter of<br>Robert C. Nisenson, LLC<br>10 Auer Court<br>East Brunswick, New Jersey 08816<br>Attorney for Debtor<br>(732) 238-8777<br>Robert C. Nisenson<br>RCN 6680 | Order Filed on February 9, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| DARYL L. SMITH<br><br>            DEBTORS | Case No.:18-10180<br>Hearing:  2-1-18<br>Judge:  VFP |

## ORDER TO CONTINUE BANKRUPTCY STAY

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: February 9, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| In the Matter of | : | Case: 18-10180 |
| | : | Chapter 13 |
| DARYL SMITH | : | |
| | : | |
| | : | **ORDER TO CONTINUE STAY** |
| Debtor. | : | |

This matter having been opened to the Court by Robert C. Nisenson, Esq., of the Law firm of Robert C. Nisenson, L.L.C., attorneys for Debtor, upon application for an Order to Continue Stay and the Court having considered all supporting and opposing papers, if any, and good cause appearing for the entry of this Order;*

It is on the _____ day of January, 2018;

**ORDERED** that the automatic stay shall continue with respect to all legal proceeding against the Debtor and stay all foreclosure sales;** and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within __5__ days of the date hereof.

*, and due notice having been given; and no objections having been timely filed (with Deutsche Bank having filed a late objection after the hearing on this motion on February 1, 2018, which was amended on February 2, 2018); and the Court and the Debtor not having had the opportunity to consider the objection prior to the hearing, and the Court having determined to overrule the objection on that basis, without prejudice to the rights of Deutsche Bank to seek relief from stay;

**, subject to the applicable provisions of the Bankruptcy Code, including (without limitation section 362(c)) and without prejudice to the rights of any party to seek relief from stay;

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-10180-VFP
Daryl L Smith                                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Feb 09, 2018
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2018.
db         +Daryl L Smith,   92A Roland Avenue,   South Orange, NJ 07079-1822

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2018 at the address(es) listed below:
        Denise E. Carlon   on behalf of Creditor   U.S. Bank National Association, successor indenture trustee to Bank of America, N.A., successor by merger to LaSalle Bank  National Association, as Indenture trustee for Home Equity Loan Trust 2007-HS dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Kevin M. Buttery   on behalf of Creditor   Deutsche Bank Trust Company Americas bkyefile@rasflaw.com
        Laura M. Egerman   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
        Marie-Ann Greenberg   magecf@magtrustee.com
        Rebecca Ann Solarz   on behalf of Creditor   U.S. Bank National Association, successor indenture trustee to Bank of America, N.A., successor by merger to LaSalle Bank  National Association, as Indenture trustee for Home Equity Loan Trust 2007-HS rsolarz@kmllawgroup.com
        Robert C. Nisenson   on behalf of Debtor Daryl L Smith rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonlaw@gmail.com;nisensonrr70983@notify.bestcase.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                            TOTAL: 7