| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, P.L.**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number 561-241-6901<br>Attorneys For Secured Creditor<br><br>Kevin Buttery, Esq. (KB-3800) | CASE NO.: 18-10180-VFP<br><br>CHAPTER 13<br><br><br><br>**OBJECTION TO DEBTOR'S REQUEST FOR LOSS MITIGATION** |
| **In Re:**<br><br>**Daryl L. Smith,**<br><br>      **Debtor.** | |

**OBJECTION TO DEBTOR'S REQUEST FOR LOSS MITIGATION**

**DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-QS3** ("Secured Creditor"), by and through its undersigned counsel, Objects to Debtor's Request for Loss Mitigation (DE # 14), and states as follows:

1. Debtor, Daryl L. Smith, ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on January 4, 2018.
2. Secured Creditor holds a security interest in the Debtor's real property located at 92 Roland Avenue, South Orange, NJ 07079, by virtue of a Mortgage recorded on January 19, 2007 in Book 12021 at Page 616 of the Public Records of Essex County, NJ. Said Mortgage secures a Note in the amount of $359,000.00.
3. The Debtor filed Request for Loss Mitigation on January 29, 2018.
4. Secured Creditor objects to Debtor's request as the borrower is ineligible for a loan modification. The property was sold at a Sheriff's sale on August 29, 2017.
5. Debtor's previous bankruptcy, case number 17-28296-VFP, was filed within the ten (10) day redemption period pursuant to 11 U.S.C. § 108. However, due to Debtor's inability to

    successfully complete the bankruptcy or tender the redemption amount the sixty (60) day extension provided by 11 U.S.C. § 108 lapsed.

6. Debtor failed to redeem the property within sixty (60) days of the filing date of the initial bankruptcy and the filing of the present bankruptcy is outside of the redemption period.

7. By failing to fully redeem within that time period Debtor forfeited the right to redeem and therefore no longer holds a legal title to the property and by virtue is ineligible to proceed with any loss mitigation avenues.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny Debtor's application for extension of the loss mitigation process, and for such other and further relief as the Court may deem just and proper.

Robertson, Anschutz & Schneid, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone Number 561-241-6901

By: /s/ Kevin Buttery
Kevin Buttery, Esquire
NJ Bar Number  KB-3800
Email: kbuttery@rascrane.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, P.L.**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number 561-241-6901<br>Attorneys For Secured Creditor<br><br>Kevin Buttery, Esq. (KB-3800) | CASE NO.: 18-10180-VFP<br><br>CHAPTER 13<br><br><br><br>**OBJECTION TO DEBTOR'S REQUEST FOR LOSS MITIGATION** |
| **In Re:**<br><br>**Daryl L. Smith,**<br><br>    **Debtor.** | |

## CERTIFICATION OF SERVICE

1. I, Kevin Buttery, represent DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-QS3. in this matter.

2. On February 8, 2018, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below: Objection to Request for Loss Mitigation

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

February 8, 2018

        Robertson, Anschutz & Schneid, P.L.
        Attorney for Secured Creditor
        6409 Congress Ave., Suite 100
        Boca Raton, FL 33487
        Telephone Number 561-241-6901

        By: /s/ Kevin Buttery
        Kevin Buttery, Esquire
        NJ Bar Number  KB-3800
        Email: kbuttery@rascrane.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Robert C. Nisenson**<br>Robert C. Nisenson, LLC<br>10 Auer Court<br>Suite E<br>East Brunswick, NJ 08816 | Debtor's Attorney | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>_____<br>(as authorized by the court*) |
| **Daryl L Smith**<br>92A Roland Avenue<br>South Orange, NJ 07079 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>_____<br>(as authorized by the court*) |
| **Marie-Ann Greenberg**<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>_____<br>(as authorized by the court*) |
| U.S. Trustee.<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee. | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>_____<br>(as authorized by the court*) |