| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, P.L.**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number 561-241-6901<br>Attorneys For Secured Creditor<br><br>Kevin Buttery, Esq. (KB-3800) | CASE NO.: 18-10180-VFP<br><br>CHAPTER 13<br><br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| In Re:<br><br>**Daryl L. Smith,**<br><br>    Debtor. | |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-QS3 ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 10), and states as follows:

1. Debtor, Daryl L. Smith, ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on January 4, 2018.

2. Secured Creditor holds a security interest in the Debtor's real property located at 92 Roland Ave., South Orange, NJ 07079, by virtue of a Mortgage recorded on January 19, 2007 in Book 12021, at Page 616 of the Public Records of Essex County, NJ. Said Mortgage secures a Note in the amount of $359,000.00.

3. The Debtor filed a Chapter 13 Plan on January 18, 2018.

4. The Plan fails to mention the total amount of arrears owed. It is anticipated that Secured Creditor's claim will show the pre-petition arrearage due Secured Creditor is $168,174.43. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Secured Creditor objects to any plan which proposes to pay it anything less than $168,174.43 as the pre-petition arrearage over the life of the plan.

5. Secured Creditor objects to Debtor's intent to enter into a loan modification as the borrower is ineligible for a loan modification. The property was sold at a Sheriff's sale on August 29, 2017.

6. Debtor's previous bankruptcy, case number 17-28296-VFP, was filed within the ten (10) day redemption period pursuant to 11 U.S.C. § 108. However, due to Debtor's inability to successfully complete the bankruptcy or tender the redemption amount the sixty (60) day extension provided by 11 U.S.C. § 108 lapsed.

7. Debtor failed to redeem the property within sixty (60) days of the filing date of the initial bankruptcy and the filing of the present bankruptcy is outside of the redemption period.

8. By failing to fully redeem within that time period Debtor forfeited the right to redeem and therefore no longer holds a legal title to the property and by virtue is ineligible to proceed with any loss mitigation avenues.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

Robertson, Anschutz & Schneid, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone Number 561-241-6901

By: /s/Kevin Buttery
Kevin Buttery, Esquire
NJ Bar Number  KB-3800
Email: kbuttery@rascrane.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, P.L.** <br> 6409 Congress Ave., Suite 100 <br> Boca Raton, FL 33487 <br> Telephone Number 561-241-6901 <br> Attorneys For Secured Creditor <br><br> Kevin Buttery, Esq. (KB-3800) | CASE NO.: 18-10180-VFP <br><br> CHAPTER 13 <br><br><br> **Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:** <br><br> **Daryl L. Smith,** <br><br>     **Debtor.** | |

## CERTIFICATION OF SERVICE

1. I, Kevin Buttery, represent DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-QS3 in this matter.

2. On 2/14/2018, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below: Objection to Confirmation of Debtor's Chapter 13 Plan.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

2/14/2018

                                         Robertson, Anschutz & Schneid, P.L.
                                         Attorney for Secured Creditor
                                         6409 Congress Ave., Suite 100
                                         Boca Raton, FL 33487
                                         Telephone Number <<Special.FirmPhone>

                                         By: /s/Kevin Buttery
                                         Kevin Buttery, Esquire
                                         NJ Bar Number  KB-3800
                                         Email: kbuttery@rascrane.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert C. Nisenson<br>Robert C. Nisenson, LLC<br>10 Auer Court, Suite E<br>East Brunswick, NJ 08816 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Daryl L. Smith<br>92A Roland Avenue<br>South Orange, NJ 07079 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd.<br>Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Standing Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>Office of the U.S. Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |