Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  18−10180−VFP
    Chapter:  13
    Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daryl L Smith
   92A Roland Avenue
   South Orange, NJ 07079

Social Security No.:
   xxx−xx−4465

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/15/18 at 11:00 AM

to consider and act upon the following:

*14* − Notice of Request for Loss Mitigation re:Ocwen, filed by Robert C. Nisenson on behalf of Daryl L Smith. Objection deadline is 02/13/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Nisenson, Robert)

*24* − Objection to REQUEST FOR LOSS MITIGATION (related document:14 Notice of Request for Loss Mitigation re:Ocwen, filed by Robert C. Nisenson on behalf of Daryl L Smith. Objection deadline is 02/13/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Daryl L Smith) filed by Kevin M. Buttery on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY. (Buttery, Kevin)

Dated: 2/14/18

    Jeanne Naughton
    Clerk, U.S. Bankruptcy Court