**UNITED STATES BANKRUPTCY COURT
DISTRJCT OF NEW JERSEY**

---

**Robertson, Anschutz & Schneid, P.L.**
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone Number 561-241-6901
Attorneys For Secured Creditor,

Aleisha Jennings, Esq. (AJ-2114)

| | |
|---|---|
| In Re: | |
| Daryl L Smith, | |
| Debtor. | |

**Order Filed on April 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-10180-VFP

Judge: Vincent F. Papalia

Hearing Date:

Chapter 13

---

**AGREED ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S
REQUEST TO ENTER INTO LOSS MITIGATION**

The relief set forth on the following pages, number two (2) through two (3) is hereby **ORDERED.**

**DATED: April 17, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Secured Creditor: DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-QS3

Secured Creditor's Counsel: Robertson, Anschutz & Schneid, P.L.

Debtor's Counsel: Robert C. Nisenson, LLC

Property Involved ("Collateral"): 92 Roland Ave, South Orange, NJ 07079

Relief sought:          ▯ Motion for relief from the automatic stay
                        ▯ Motion to dismiss
                        • Debtor's request to enter into loss mitigation

     For good cause shown, it is **ORDERED** that Secured Creditor's Motion is resolved, subject to the following conditions:

1. Debtors must complete a Loan Modification within 90 days of entry of this Order.

2. Beginning on <u>05/01/2018,</u> regular monthly mortgage payments shall continue to be made in the amount of $<u>3,290.56</u>, subject to periodic adjustments for escrow and/or variable interest rates.

3. Payments to the Secured Creditor shall be made to the following address(es):

• Regular Monthly Payment: Ocwen Loan Servicing, LLC
                             <u>Attn: Cashiering Department</u>
                             <u>1661 Worthington Road, Suite 100</u>
                             <u>West Palm Beach, FL 33409</u>

4. In the event that any such mortgage modification or other consensual resolution is not available, or if the Debtors fail to complete a loan modification as specified above, fail to comply with the Loss Mitigation Order, or fail to make continuing payments after the completion of a loan modification, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy

Page 3

Court, a Certification specifying the Debtors' failure to comply with this Order. At

the time the Certification is filed with the Court, a copy of the Certification shall be

sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

5. Award of Attorneys' Fees:

■ The Secured Creditor is awarded attorney fees and costs of $500.00.

   The fees and costs are payable:

   ■ Through the Chapter 13 plan.

   ☐ To the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.


The undersigned consent to the terms, conditions and entry of this Order:

By: _____

Robert C. Nisenson, Esq.
*Attorney for Debtor*
Date:

/s/ALEISHA C. JENNINGS

By: _____

Aleisha Jennings, Esq.
*Attorney for Secured Creditor*
Date: 4/10/18