**ROBERT C.  NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case:  18-10180 VFP |
| | : | Chapter 13 |
| DARYL L. SMITH | : | |
| | : | |
| | : | |
| | : | |
| Debtors. | : | |
| | : | |

## WITHDRAWAL OF DEBTOR'S OPPOSITION TO TRUSTEE'S CERTIFICATION OF DEFAULT – DOCUMENT #43

The Debtor hereby withdraws the Debtor's Opposition to Trustee's Certification of Default – Docket #43.

/s/ Robert C. Nisenson
ROBERT C. NISENSON

Dated: August 23, 2018