

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   DARYL L SMITH

**Order Filed on September 12, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  18-10180 VFP**

**Hearing Date:  9/6/2018**

## INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 12, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):  DARYL L SMITH

Case No.:  18-10180

Caption of Order:  INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 09/06/2018 on notice to ROBERT C. NISENSON,

ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $600.00 to the Trustee's office by 9/14/2018 or the case will be

  dismissed; and it is further

- ORDERED, that if satisfied, the Trustee's Certification of Default will be adjourned to 9/20/2018 at 11:00

  AM.