| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Robert C. Nisenson, LLC<br>10 Auer Court<br>East Brunswick, NJ 08816<br>(732) 238-8777<br>(732) 238-8758 (fax)<br>RCN 6680<br><br>In Re:<br><br>Daryl L. Smith | Order Filed on October 23, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: __18-10180 (VFP__<br><br>Chapter: __13__<br><br>Judge: __Vincent F. Papalia__ |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 23, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____4/16/18_____ :

Property:     92A Roland Avenue, South Orange, NJ

Creditor:     Ocwen

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Robert C. Nisenson_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____12/16/18_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2