UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2 (c)**
Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
(732-238-8777
Robert C. Nisenson, Esq.
Attorneys for Debtor
RCN 6680

**Order Filed on January 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-10180

In the Matter of

DARYL SMITH

Judge:  VFP

DEBTORS

# ORDER TO APPROVE CREDITORS MOFIDICATION AGREEMENT

The relief set forth on the following pages, numbered two (2) through __3__ is hereby **ORDERED.**

**DATED: January 3, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, New Jersey 08816
(732) 238-8777
Attorneys for Debtors
Robert C. Nisenson, Esq.
Attorney No.: RCN 6680

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **In Re:** | : | Case #: 18-10180 VFP |
| | : | |
| **DARYL SMITH** | : | Chapter 13 |
| | : | |
| | : | **ORDER TO APPROVE** |
| Debtors. | : | **MODIFICATION AGREEMENT** |
| | : | |

_____

This matter having been opened to the Court upon motion of Daryl Smith, by and through their attorneys, **ROBERT C. NISENSON, L.L.C.**, seeking an Order to approve a Loan Modification Agreement, Ocwen Loan Servicing and the Debtor appearing by its counsel and the Court having considered all supporting and opposing Affidavits, and Briefs, if any; and good cause appearing for the entry of this Order;

**ORDERED** the Debtors and Ocwen Loan Servicing are authorized to enter into the Loan Modification Agreement and it is further;

**ORDERED** in the event a loan modification is completed and the pre-petition arrears are capitalized into the loan, Secured Creditor shall amend the arrearage portion of its proof of claim to zero or withdraw the claim within thirty (30) days of completion of the loan modification; and it is further

**ORDERED**, that the Chapter 13 Trustee shall suspend disbursements to Secured Creditor pending completion of loan modification and all money that would otherwise to be paid to Secured Creditor, be held until the arrearage portion of the claim is amended to zero or the claim is withdrawn, or the Trustee is notified by the Secured Creditor that the modification was not consummated; and it is further

**ORDERED**, in the event the modification is not consummated, the Secured Creditor shall notify the Trustee and Debtor's Attorney of same.  Any money that was held by the Trustee pending completion of the modification shall then be paid to Secured Creditor; and it is further

**ORDERED**, in the event the proof of claim is amended to zero or withdrawn, the Trustee may disburse the funds being held pursuant to this order to other creditors in accordance with the provisions of the confirmed plan; and it is further

**ORDERED**, Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order; and it is further

**ORDERED,** that the Secured Creditor will reduce their proof of claim within 20 days, otherwise Debtors will have to file a Motion to Reduce the Claim and will charge the creditor $400.00 for the filing of said motion.

**ORDERED** that a copy of this Order shall be served upon all parties within   3   days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-10180-VFP
Daryl L Smith                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 04, 2019
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2019.
db        +Daryl L Smith,   92A Roland Avenue,   South Orange, NJ 07079-1822

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2019 at the address(es) listed below:
      Aleisha Candace Jennings    on behalf of Creditor    Ocwen Loan Servicing, LLC ajennings@rasflaw.com
      Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank Trust Company Americas ajennings@rasflaw.com
      Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS3 ajennings@rasflaw.com
      Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, successor indenture trustee to Bank of America, N.A., successor by merger to LaSalle Bank  National Association, as Indenture trustee for Home Equity Loan Trust 2007-HS dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Kevin M. Buttery    on behalf of Creditor    Deutsche Bank Trust Company Americas bkyefile@rasflaw.com
      Kevin M. Buttery    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY bkyefile@rasflaw.com
      Laura M. Egerman    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, successor indenture trustee to Bank of America, N.A., successor by merger to LaSalle Bank  National Association, as Indenture trustee for Home Equity Loan Trust 2007-HS rsolarz@kmllawgroup.com
      Robert C. Nisenson    on behalf of Debtor Daryl L Smith rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
      Sindi  Mncina    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@rascrane.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 12