ROBERT C. NISENSON, ESQ.
WILLIAMSBURG COMMONS
10E AUER COURT
EAST BURNSWICK, NJ  08816

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
Chapter 13 Case # 18-10180

Re:   DARYL L SMITH                            Atty:   ROBERT C. NISENSON, ESQ.
      92A ROLAND AVENUE                                WILLIAMSBURG COMMONS
      SOUTH ORANGE,  NJ  07079                         10E AUER COURT
                                                       EAST BURNSWICK, NJ  08816

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $12,000.00**

## RECEIPTS AS OF 12/31/2018    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/15/2018 | $200.00 | 24839388055 | 03/30/2018 | $200.00 | 24839391137 |
| 05/07/2018 | $200.00 | 25056670937 | 06/05/2018 | $200.00 | 25164728188 |
| 09/11/2018 | $600.00 | 29840 | 11/06/2018 | $200.00 | 25492063871 |
| 12/10/2018 | $400.00 | ROBERT 29976 | 12/28/2018 | $200.00 | ROBERT 29989 |

**Total Receipts: $2,200.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $2,200.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 108.80 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,500.00 | 100.00% | 2,091.20 | 408.80 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AARGON AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMERICREDIT/GM FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CRG COHEN REALTY GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CAINE & WEINER | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CONVERGENT OUTSOUCING, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CREDIT COLLECTIONS SVC | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | DEUTSCHE BANK NATIONAL TRUST COM | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0008 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | NEW ASSETS LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | US BANK NATIONAL ASSOCIATION | UNSECURED | 14,775.01 | * | 0.00 | |
| 0011 | STUART LIPPMAN &ASSOCI | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | CAINE & WEINER | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | MIDLAND FUNDING LLC | UNSECURED | 533.25 | * | 0.00 | |
| 0016 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 189.75 | * | 0.00 | |
| 0017 | DEUTSCHE BANK NATIONAL TRUST COM | (NEW) MTG Agree | 500.00 | 100.00% | 0.00 | |

**Total Paid: $2,200.00**
See Summary

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $2,200.00        -    Paid to Claims: $0.00        -    Admin Costs Paid: $2,200.00    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.