| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>DARYL L SMITH |

Case No.:  18-10180

Adv. No.:

Hearing Date:  02/21/2019

Judge:  VFP

## CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 01/30/2019, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
DARYL L SMITH
92A ROLAND AVENUE
SOUTH ORANGE, NJ  07079
Mode of Service:  Regular Mail

Attorney for Debtor(s):
ROBERT C. NISENSON, ESQ.
WILLIAMSBURG COMMONS
10E AUER COURT
EAST BURNSWICK, NJ  08816
Mode of Service:  Regular Mail

Dated:  January 30, 2019

By:  /S/  Jackie Michaels
     Jackie Michaels