# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE: §
 §   CASE NO. 18-10180-VFP
DARYL L SMITH §
    DEBTOR §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Specialized Loan Servicing, LLC as servicing agent for Towd Point Master Funding Trust 2018-PM22 CO1, U.S. Bank National Association, as Trustee** | **U.S. Bank National Association, successor indenture trustee to Bank of America, N.A., successor by merger to LaSalle Bank National Association, as Indenture Trustee for Home Equity Loan Trust 2007-HSA1 c/o Specialized Loan Servicing LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    **Specialized Loan Servicing LLC**
    **8742 Lucent Blvd, Suite 300**
    **Highlands Ranch, Colorado 80129**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx9334**

Court Claim # (if known): 1-1
Amount of Claim: $14,775.01
Date Claim Filed: 01/29/2018

Phone: (800) 315-4757
Last Four Digits of Acct.#: 9334

Name and Address where transferee payments should be sent (if different from above):

    Specialized Loan Servicing, LLC
    PO Box 636007
    Littleton, Colorado 80163

Phone:
Last Four Digits of Acct #: **xxxxxx9334**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John J. Rafferty                  Date: 01/31/2019
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bonial & Associates, P.C.<br>14841 Dallas Parkway<br>Suite 425<br>Dallas, Texas 75254<br>Telephone: (972) 643-6600<br>POCInquiries@BonialPC.com<br>Authorized Agent for Creditor<br>In Re:<br><br>Daryl L Smith<br><br>Debtor. | Case No : 18-10180-VFP<br><br>Chapter: 13<br><br>Adv. No.:_____<br><br>Hearing Date: _____ at _____<br><br>Judge: Vincent F. Papalia |
|---|---|

## CERTIFICATION OF SERVICE

1. I, <u>John J. Rafferty</u> :

    ☑ represent the <u>Creditor</u> in this matter.

    ☐ am the secretary/paralegal for _____ who represents the

    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On <u>01/31/2019</u> , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Transfer of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

01/31/2019 _____      /s/ John J. Rafferty_____
Date                                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Daryl L Smith<br>92A Roland Avenue<br>South Orange, NJ 07079 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule.<br>   Cite the rule if applicable *) |
| Robert C. Nisenson<br>Robert C. Nisenson, LLC<br>10 Auer Court<br>Suite E<br>East Brunswick, NJ 08816 | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule.<br>   Cite the rule if applicable.*) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd, Suite 330<br>Fairfield, New Jersey 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule.<br>   Cite the rule if applicable.*) |

\*   May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

TRANSFER OF CLAIM - CERTIFICATE OF SERVICE                                     4135-N-7339