**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−10180−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daryl L Smith
   92A Roland Avenue
   South Orange, NJ 07079

Social Security No.:
   xxx−xx−4465

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on June 26, 2018.

On 2/8/19 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:              March 21, 2019
Time:             08:30 AM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 11, 2019
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Daryl L Smith
      Debtor

Case No. 18-10180-VFP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Feb 11, 2019
                      Form ID: 185     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2019.

```
db          +Daryl L Smith,    92A Roland Avenue,    South Orange, NJ 07079-1822
cr          +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Robertson Anschutz & Schneid, P.L.,
              6409 Congress Avenue,    Suite 100,    Boca Raton, FL 33487-2853
cr          +Deutsche Bank Trust Company Americas,    Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Ste 100,    Boca Raton, FL  33487,    UNITED STATES 33487-2853
cr          +Ocwen Loan Servicing, LLC,    Robertson, Anschutz, Schneid, P.L.,
              6409 congress Ave., Suite 100,    Boca Raton, FL 33487-2853
517262053   +Aargon Agency,    Attn: Bankruptcy Department,    8668 Spring Mountain Rd,
              Las Vegas, NV 89117-4132
517262054   +AmeriCredit/GM Financial,    Po Box 181145,    Arlington, TX 76096-1145
517262055  ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
             (address filed with court:  Caine & Weiner,    Attn: Bankruptcy,    21210 Erwin St,
              Woodland Hills, CA 91367)
517262059   +CRG Cohen Realty Group,    520 Westfield Avenue,    Elizabeth, NJ 07208-1658
517262057   +Convergent Outsoucing, Inc,    Po Box 9004,    Renton, WA 98057-9004
517388671    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE F,    West Palm Beach, FL, 33409
517262063   +New Assets LLC,    67 Elmora Avenue,    Elizabeth, NJ 07202-1632
518005003   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
517262065   +Stuart Lippman &associ,    5447 E 5th St Ste 110,    Tucson, AZ 85711-2345
517302402   +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 12 2019 00:38:44     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 12 2019 00:38:42     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517262058   +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 12 2019 00:39:28
              Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
517262060   +E-mail/Text: bankruptcy.bnc@ditech.com Feb 12 2019 00:38:17     Ditech,    Attn: Bankruptcy,
              Po Box 6172,    Rapid City, SD 57709-6172
517262061   +E-mail/Text: bankruptcydpt@mcmcg.com Feb 12 2019 00:38:41     Midland Funding,
              Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
517384348   +E-mail/Text: bankruptcydpt@mcmcg.com Feb 12 2019 00:38:41     Midland Funding LLC,
              PO Box 2011,    Warren, MI 48090-2011
517262064   +Fax: 407-737-5634 Feb 12 2019 01:01:58     Ocwen Loan Servicing, Llc,
              Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,    West Palm Bch, FL 33409-6493
517373410   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 12 2019 00:46:03     Verizon,
              by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517262056*  ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
             (address filed with court:  Caine & Weiner,    Attn: Bankruptcy,    21210 Erwin St,
              Woodland Hills, CA 91367)
517262062*  +Midland Funding,    Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
518005004*  +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2019                        Signature: /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Feb 11, 2019
                              Form ID: 185             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2019 at the address(es) listed below:

```
          Aleisha Candace Jennings    on behalf of Creditor    Ocwen Loan Servicing, LLC ajennings@rasflaw.com
          Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank Trust Company Americas
           ajennings@rasflaw.com
          Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank Trust Company Americas, as
           Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates,
           Series 2007-QS3 ajennings@rasflaw.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, successor indenture
           trustee to Bank of America, N.A., successor by merger to LaSalle Bank  National Association, as
           Indenture trustee for Home Equity Loan Trust 2007-HS dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
           bkyefile@rasflaw.com
          Kevin M. Buttery    on behalf of Creditor    Deutsche Bank Trust Company Americas
           bkyefile@rasflaw.com
          Laura M. Egerman    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
           bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, successor indenture
           trustee to Bank of America, N.A., successor by merger to LaSalle Bank  National Association, as
           Indenture trustee for Home Equity Loan Trust 2007-HS rsolarz@kmllawgroup.com
          Robert C. Nisenson    on behalf of Debtor Daryl L Smith rnisenson@aol.com,
           nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
          Sindi  Mncina    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```