Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 18−10180−VFP
                Chapter: 13
                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daryl L Smith
   92A Roland Avenue
   South Orange, NJ 07079

Social Security No.:
   xxx−xx−4465

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/5/19 at 10:00 AM

to consider and act upon the following:

*84* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/26/2019. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*86* − Certification in Opposition to (related document:84 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/26/2019. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Robert C. Nisenson on behalf of Daryl L Smith. (Nisenson, Robert)

Dated: 7/24/19

                                  Jeanne Naughton
                                  Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-10180-VFP
Daryl L Smith                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Jul 24, 2019
                              Form ID: ntchrgbk        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2019.
```
db           +Daryl L Smith,    92A Roland Avenue,    South Orange, NJ 07079-1822
cr           +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Robertson Anschutz & Schneid, P.L.,
               6409 Congress Avenue,    Suite 100,    Boca Raton, FL 33487-2853
cr           +Deutsche Bank Trust Company Americas,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Ste 100,    Boca Raton, FL  33487,    UNITED STATES 33487-2853
cr           +Ocwen Loan Servicing, LLC,    Robertson, Anschutz, Schneid, P.L.,
               6409 congress Ave., Suite 100,    Boca Raton, FL 33487-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2019 at the address(es) listed below:
```
          Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank Trust Company Americas, as
           Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates,
           Series 2007-QS3 ajennings@rasflaw.com
          Aleisha Candace Jennings    on behalf of Creditor    Ocwen Loan Servicing, LLC ajennings@rasflaw.com
          Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank Trust Company Americas
           ajennings@rasflaw.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, successor indenture
           trustee to Bank of America, N.A., successor by merger to LaSalle Bank  National Association, as
           Indenture trustee for Home Equity Loan Trust 2007-HS dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
           bkyefile@rasflaw.com
          Kevin M. Buttery    on behalf of Creditor    Deutsche Bank Trust Company Americas
           bkyefile@rasflaw.com
          Laura M. Egerman    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
           bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, successor indenture
           trustee to Bank of America, N.A., successor by merger to LaSalle Bank  National Association, as
           Indenture trustee for Home Equity Loan Trust 2007-HS rsolarz@kmllawgroup.com
          Robert C. Nisenson    on behalf of Debtor Daryl L Smith rnisenson@aol.com,
           nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
          Sindi  Mncina    on behalf of Creditor    Deutsche Bank Trust Company Americas, as Trustee for
           Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series
           2007-QS3 smncina@rascrane.com
          Sindi  Mncina    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```
                                                                                               TOTAL: 13