| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br><br><br><br><br>In Re:<br>**DARYL L SMITH**<br>　　　　　DEBTOR | Case No.:　　18-10180<br><br>Chapter:　　13<br><br>Judge:　　Papalia, Vincent F. |

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

　　　　　　　　　　　　　　　　　　　　　　Party's name/type: Specialized Loan Servicing LLC, creditor
(Example: John Smith, creditor)

　　　　　　　Old address:　　Specialized Loan Servicing LLC

　　　　　　　　　　　　　　　8742 Lucent Blvd, Suite 300

　　　　　　　　　　　　　　　Highlands Ranch, CO 80129


　　　　　　　New address:　　Specialized Loan Servicing LLC

　　　　　　　　　　　　　　　6200 S. Quebec Street

　　　　　　　　　　　　　　　Greenwood Village, CO 80111


　　　　　　　New phone no.:n/a
　　　　　　　(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:　　10/27/2020　　　　　　　　　　　　　　　/s/ Natalie Lea as Authorized Agent for Creditor
　　　　　　　　　　　　　　　　　　　　　　Signature

*rev.2/1/16*

4135-N-7339