ROBERT C. NISENSON, ESQ.
WILLIAMSBURG COMMONS
10E AUER COURT
EAST BRUNSWICK, NJ  08816

Re:  DARYL L SMITH
92A ROLAND AVENUE
SOUTH ORANGE,  NJ  07079

Atty:  ROBERT C. NISENSON, ESQ.
WILLIAMSBURG COMMONS
10E AUER COURT
EAST BRUNSWICK, NJ  08816

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
Chapter 13 Case # 18-10180

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $11,800.00**

## RECEIPTS AS OF 01/15/2021     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/15/2018 | $200.00 | 24839388055 | 03/30/2018 | $200.00 | 24839391137 |
| 05/07/2018 | $200.00 | 25056670937 | 06/05/2018 | $200.00 | 25164728188 |
| 09/11/2018 | $600.00 | 29840 | 11/06/2018 | $200.00 | 25492063871 |
| 12/10/2018 | $400.00 | ROBERT 29976 | 12/28/2018 | $200.00 | ROBERT 29989 |
| 03/04/2019 | $400.00 | ROBERT 30115 | 04/08/2019 | $200.00 | ROBERT 30138 |
| 07/31/2019 | $600.00 | ROBERT 30258 | 09/04/2019 | $200.00 | ROBERT 30328 |
| 11/01/2019 | $205.00 | 25824274165 | 12/03/2019 | $200.00 | 25824269542 |
| 01/07/2020 | $200.00 | 25824284133 | 01/07/2020 | $200.00 | 25824284144 |
| 03/06/2020 | $200.00 | 25824296428 | 04/07/2020 | $200.00 | 25824299962 |
| 05/05/2020 | $200.00 | 26372355164 | 06/04/2020 | $200.00 | 26372363027 |
| 07/08/2020 | $200.00 | 26372367786 | 08/07/2020 | $200.00 | 26372373851 |
| 09/11/2020 | $200.00 | 26372381501 | 10/06/2020 | $200.00 | 26372390062 |
| 11/05/2020 | $200.00 | 25540223894 | 12/07/2020 | $200.00 | 26568452654 |

**Total Receipts: $6,405.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $6,405.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY | | | | | | |
| | 05/20/2019 | $157.00 | 824,903 | 08/19/2019 | $343.00 | 830,718 |
| MIDLAND FUNDING LLC | | | | | | |
| | 08/19/2019 | $8.02 | 830,572 | 10/21/2019 | $6.78 | 834,616 |
| | 11/18/2019 | $6.69 | 836,739 | 01/13/2020 | $6.52 | 840,562 |
| | 02/10/2020 | $13.04 | 842,441 | 04/20/2020 | $6.53 | 846,258 |
| | 05/18/2020 | $6.19 | 848,232 | 06/15/2020 | $6.19 | 849,921 |
| | 07/20/2020 | $6.37 | 851,666 | 08/17/2020 | $6.37 | 853,557 |
| | 09/21/2020 | $6.36 | 855,326 | 10/19/2020 | $6.37 | 857,243 |
| | 11/16/2020 | $6.34 | 859,053 | 12/21/2020 | $6.36 | 860,810 |
| | 01/11/2021 | $6.37 | 862,722 | | | |

**Chapter 13 Case # 18-10180**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 08/19/2019 | $222.13 | 831,962 | 10/21/2019 | $187.81 | 836,005 |
| | 11/18/2019 | $185.26 | 838,051 | 01/13/2020 | $180.77 | 841,823 |
| | 02/10/2020 | $361.51 | 843,695 | 04/20/2020 | $180.75 | 847,586 |
| | 05/18/2020 | $171.61 | 849,394 | 06/15/2020 | $171.60 | 851,081 |
| | 07/20/2020 | $176.37 | 852,938 | 08/17/2020 | $176.37 | 854,770 |
| | 09/21/2020 | $176.36 | 856,636 | 10/19/2020 | $176.38 | 858,476 |
| | 11/16/2020 | $176.38 | 859,534 | 12/21/2020 | $176.38 | 861,346 |
| | 01/11/2021 | $176.37 | 863,150 | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | | | | | | |
| | 10/21/2019 | $5.26 | 836,461 | 02/10/2020 | $9.35 | 844,091 |
| | 06/15/2020 | $6.72 | 851,450 | 09/21/2020 | $6.80 | 857,048 |
| | 12/21/2020 | $6.80 | 862,542 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 367.26 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,500.00 | 100.00% | 2,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AARGON AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMERICREDIT/GM FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CRG COHEN REALTY GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CAINE & WEINER | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CONVERGENT OUTSOUCING, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CREDIT COLLECTIONS SVC | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | DEUTSCHE BANK NATIONAL TRUST COM | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0008 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | NEW ASSETS LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | SPECIALIZED LOAN SERVICING LLC | UNSECURED | 14,775.01 | * | 2,896.05 | |
| 0011 | STUART LIPPMAN &ASSOCI | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | CAINE & WEINER | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | MIDLAND FUNDING LLC | UNSECURED | 533.14 | * | 104.50 | |
| 0016 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 189.75 | * | 34.93 | |
| 0017 | DEUTSCHE BANK NATIONAL TRUST COM | (NEW) MTG Agree | 500.00 | 100.00% | 500.00 | |

**Total Paid: $6,402.74**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $6,405.00    -    Paid to Claims: $3,535.48    -    Admin Costs Paid: $2,867.26    =    Funds on Hand: $2.26

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.