Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−10180−VFP
          Chapter: 13
          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daryl L Smith
   92A Roland Avenue
   South Orange, NJ 07079

Social Security No.:
   xxx−xx−4465

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on November 8, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 108 − 101
Order Resolving Motion For Relief From Stay re: 92 Roland Avenue, South Orange Twp, New Jersey 07079 (Related Doc # 101). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/8/2021. (mcp)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 8, 2021
JAN: mcp

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                         Case No. 18-10180-VFP
Daryl L Smith                                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                         Page 1 of 2
Date Rcvd: Nov 08, 2021                       Form ID: orderntc                                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daryl L Smith, 92A Roland Avenue, South Orange, NJ 07079-1822 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2021                            Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor Ocwen Loan Servicing  LLC ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor Deutsche Bank Trust Company Americas ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor Deutsche Bank Trust Company Americas  as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS3 ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  successor indenture trustee to Bank of America, N.A., successor by merger to LaSalle Bank National Association, as Indenture trustee for Home Equity Loan Trust 2007-HS dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin M. Buttery | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY kbuttery@moodklaw.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 08, 2021 | Form ID: orderntc | Total Noticed: 1 |

Kevin M. Buttery
    on behalf of Creditor Deutsche Bank Trust Company Americas kbuttery@moodklaw.com

Laura M. Egerman
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY bkyecf@rasflaw.com
    bkyecf@rasflaw.com;legerman@rasnj.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Rebecca Ann Solarz
    on behalf of Creditor U.S. Bank National Association  successor indenture trustee to Bank of America, N.A., successor by merger to LaSalle Bank National Association, as Indenture trustee for Home Equity Loan Trust 2007-HS rsolarz@kmllawgroup.com

Robert C. Nisenson
    on behalf of Debtor Daryl L Smith r.nisenson@rcn-law.com
    doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

Shauna M Deluca
    on behalf of Creditor Deutsche Bank Trust Company Americas  as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS3 sdeluca@raslg.com

Shauna M Deluca
    on behalf of Creditor Deutsche Bank Trust Company Americas sdeluca@raslg.com

Sindi Mncina
    on behalf of Creditor Deutsche Bank Trust Company Americas  as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS3 smncina@raslg.com

Sindi Mncina
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15