ROBERT C. NISENSON, ESQ.
WILLIAMSBURG COMMONS
10E AUER COURT
EAST BURNSWICK, NJ  08816

Re:  DARYL L SMITH
     92A ROLAND AVENUE
     SOUTH ORANGE, NJ  07079

Atty:  ROBERT C. NISENSON, ESQ.
      WILLIAMSBURG COMMONS
      10E AUER COURT
      EAST BURNSWICK, NJ  08816

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
#### Chapter 13 Case # 18-10180

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $29,796.00**

## RECEIPTS AS OF 01/14/2022    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/15/2018 | $200.00 | 24839388055 | 03/30/2018 | $200.00 | 24839391137 |
| 05/07/2018 | $200.00 | 25056670937 | 06/05/2018 | $200.00 | 25164728188 |
| 09/11/2018 | $600.00 | 29840 | 11/06/2018 | $200.00 | 25492063871 |
| 12/10/2018 | $400.00 | ROBERT 29976 | 12/28/2018 | $200.00 | ROBERT 29989 |
| 03/04/2019 | $400.00 | ROBERT 30115 | 04/08/2019 | $200.00 | ROBERT 30138 |
| 07/31/2019 | $600.00 | ROBERT 30258 | 09/04/2019 | $200.00 | ROBERT 30328 |
| 11/01/2019 | $205.00 | 25824274165 | 12/03/2019 | $200.00 | 25824269542 |
| 01/07/2020 | $200.00 | 25824284133 | 01/07/2020 | $200.00 | 25824284144 |
| 03/06/2020 | $200.00 | 25824296428 | 04/07/2020 | $200.00 | 25824299962 |
| 05/05/2020 | $200.00 | 26372355164 | 06/04/2020 | $200.00 | 26372363027 |
| 07/08/2020 | $200.00 | 26372367786 | 08/07/2020 | $200.00 | 26372373851 |
| 09/11/2020 | $200.00 | 26372381501 | 10/06/2020 | $200.00 | 26372390062 |
| 11/05/2020 | $200.00 | 25540223894 | 12/07/2020 | $200.00 | 26568452654 |
| 02/08/2021 | $200.00 | 27067737148 | 02/08/2021 | $275.00 | 27067737150 |
| 03/05/2021 | $205.00 | 27067742076 | 04/06/2021 | $205.00 | 26568468472 |
| 06/09/2021 | $205.00 | 27033701242 | 08/05/2021 | $205.00 | 27138653471 |
| 08/05/2021 | $205.00 | 27138653482 | 08/05/2021 | $205.00 | 27138653493 |
| 09/15/2021 | $200.00 | 27138663955 | 10/13/2021 | $282.00 | 27138664732 |
| 11/12/2021 | $205.00 | 27159694290 | 12/14/2021 | $205.00 | 27618076664 |
| 01/14/2022 | $205.00 | 27033718454 | | | |

**Total Receipts: $9,207.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $9,207.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY | | | | | | |
| | 05/20/2019 | $157.00 | 824,903 | 08/19/2019 | $343.00 | 830,718 |

**Chapter 13 Case # 18-10180**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 11/17/2021 | $270.20 | 880,362 | | 12/13/2021 | $194.75 | 882,014 |
| | 01/10/2022 | $194.75 | 883,652 | | | | |
| MIDLAND FUNDING LLC | | | | | | | |
| | 08/19/2019 | $8.02 | 830,572 | | 10/21/2019 | $6.78 | 834,616 |
| | 11/18/2019 | $6.69 | 836,739 | | 01/13/2020 | $6.52 | 840,562 |
| | 02/10/2020 | $13.04 | 842,441 | | 04/20/2020 | $6.53 | 846,258 |
| | 05/18/2020 | $6.19 | 848,232 | | 06/15/2020 | $6.19 | 849,921 |
| | 07/20/2020 | $6.37 | 851,666 | | 08/17/2020 | $6.37 | 853,557 |
| | 09/21/2020 | $6.36 | 855,326 | | 10/19/2020 | $6.37 | 857,243 |
| | 11/16/2020 | $6.34 | 859,053 | | 12/21/2020 | $6.36 | 860,810 |
| | 01/11/2021 | $6.37 | 862,722 | | 03/15/2021 | $15.12 | 866,230 |
| | 04/19/2021 | $6.52 | 867,782 | | 05/17/2021 | $6.52 | 869,746 |
| | 07/19/2021 | $6.63 | 873,369 | | 09/20/2021 | $19.88 | 876,778 |
| | 10/18/2021 | $6.48 | 878,578 | | | | |
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 08/19/2019 | $222.13 | 831,962 | | 10/21/2019 | $187.81 | 836,005 |
| | 11/18/2019 | $185.26 | 838,051 | | 01/13/2020 | $180.77 | 841,823 |
| | 02/10/2020 | $361.51 | 843,695 | | 04/20/2020 | $180.75 | 847,586 |
| | 05/18/2020 | $171.61 | 849,394 | | 06/15/2020 | $171.60 | 851,081 |
| | 07/20/2020 | $176.37 | 852,938 | | 08/17/2020 | $176.37 | 854,770 |
| | 09/21/2020 | $176.36 | 856,636 | | 10/19/2020 | $176.38 | 858,476 |
| | 11/16/2020 | $176.38 | 859,534 | | 12/21/2020 | $176.38 | 861,346 |
| | 01/11/2021 | $176.37 | 863,150 | | 03/15/2021 | $418.89 | 866,673 |
| | 04/19/2021 | $180.78 | 868,321 | | 05/17/2021 | $180.78 | 870,234 |
| | 07/19/2021 | $183.70 | 873,829 | | 09/20/2021 | $551.14 | 877,238 |
| | 10/18/2021 | $179.23 | 879,022 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | | | | | | | |
| | 10/21/2019 | $5.26 | 836,461 | | 02/10/2020 | $9.35 | 844,091 |
| | 06/15/2020 | $6.72 | 851,450 | | 09/21/2020 | $6.80 | 857,048 |
| | 12/21/2020 | $6.80 | 862,542 | | 03/15/2021 | $7.64 | 867,644 |
| | 07/19/2021 | $7.01 | 874,914 | | 09/20/2021 | $7.07 | 878,418 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 539.68 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,500.00 | 100.00% | 2,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AARGON AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMERICREDIT/GM FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CRG COHEN REALTY GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CAINE & WEINER | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CONVERGENT OUTSOUCING, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CREDIT COLLECTIONS SVC | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | DEUTSCHE BANK NATIONAL TRUST COM | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0008 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | NEW ASSETS LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | SPECIALIZED LOAN SERVICING LLC | UNSECURED | 14,775.01 | * | 4,590.57 | |
| 0011 | STUART LIPPMAN &ASSOCI | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | CAINE & WEINER | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | MIDLAND FUNDING LLC | UNSECURED | 533.14 | * | 165.65 | |
| 0016 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 189.75 | * | 56.65 | |
| 0017 | DEUTSCHE BANK NATIONAL TRUST COM | (NEW) MTG Agree | 19,826.55 | 100.00% | 1,159.70 | |

**Total Paid: $9,012.25**
See Summary

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $9,207.00    -    Paid to Claims: $5,972.57    -    Admin Costs Paid: $3,039.68    =    Funds on Hand: $194.75

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.