|  |  |
|---|---|
| IN RE:<br><br>Daryl L Smith | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No.:    18-10180<br><br>Hearing Date:    3/03/2022 |

# CERTIFICATION OF DEBTOR(S) IN SUPPORT OF COVID-19 CHAPTER 13 PLAN MODIFICATION

I[We], __Daryl L Smith__, am [are] the debtor [s] in the above-captioned Ch. 13 case and make this Certification under penalty of perjury in support of the COVID-19 Chapter 13 Plan Modification filed separately on the docket on _____11-29-2021_____ .

1) The Chapter 13 plan was originally confirmed by order entered on _5-08-2019.

2) I was current with plan payments through __February 2022__ date.

3) I was current with post-petition mortgage payments through ___6/2021___ date on realty located .

   [If not applicable, skip] [if more than 1 property add additional lines] 92 A Roland Ave., South Orange, NJ 07079

   a) The mortgage payments referred to above are __ payments __ adequate protection payments. [Check one]

   b) I am current with post-petition real estate taxes on the realty located at 92 A Roland Ave., South Orange, NJ 07079

      ☐ YES ☐ NO

   c) I have current liability insurance on the property and can provide proof thereof.

      ☐ YES ☐ NO

4) If the confirmed plan includes a cram down on a mortgage, then answer the following:

   a) I am current with post-petition real estate taxes on the realty located at

      ☐ ☐

   b) I have current liability insurance on the property and can provide proof thereof.

      ☐ ☐

5) I was current with post-petition auto payments through __N/A__ date on the following automobile(s) . [If not applicable, skip]

6) The change in my household income previously reported on Schedule I is __$6,600.00.__ . My current household income is $6,482.00 I have attached a current Profit & Loss of the change in income to this certification. [Please redact any personally identifiable information before docketing.] My current total household expenses are now. $5,909.87.

7) As a result of COVID-19 I have suffered a material financial hardship which has impacted me in the following way:  The Debtor business income had declined due to Covid-19 making it difficult to make mortgage payment Debtor income has now increase allowing him to be current with his mortgage and trustee payments.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:   02/25/2022                                          /S/ Daryl L Smith
                                                              Daryl L Smith