Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18−10180−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Daryl L Smith
    92A Roland Avenue
    South Orange, NJ 07079
Social Security No.:
    xxx−xx−4465

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/14/22 at 11:00 AM

to consider and act upon the following:

*132* − Application For Retention of Professional Generations Realty as Realtor Filed by Robert C. Nisenson on behalf of Daryl L Smith. Objection deadline is 7/6/2022. (Attachments: # 1 Proposed Order # 2 Certification # 3 Certificate of Service) (Nisenson, Robert)

*137* − Objection to Debtor(s) Application for Retention of Professional (related document:132 Application For Retention of Professional Generations Realty as Realtor Filed by Robert C. Nisenson on behalf of Daryl L Smith. Objection deadline is 7/6/2022. (Attachments: # 1 Proposed Order # 2 Certification # 3 Certificate of Service) filed by Debtor Daryl L Smith) filed by Marie−Ann Greenberg on behalf of Marie-Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 7/1/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court