Handwritten at top: "Broker Open House 05/11/2022  05/4 + 05/1?"



# REAL ESTATE LISTING/COMMISSION AGREEMENT
## NEWMLS, L.L.C. d/b/a GARDEN STATE MULTIPLE LISTING SERVICE, L.L.C.

**1. THE FOLLOWING TERMS ARE DEFINED AND, WHEN MENTIONED IN THIS AGREEMENT, SHALL MEAN:**

"Service" or "GSMLS": GARDEN STATE MULTIPLE LISTNG SERVICE, L.L.C.

"Owner(s)", "Seller/Landlord" or "you": **Daryl Smith**
Owner's Address: **92 Roland Avenue, South Orange, NJ 07079**
Owner's Tele #: **(917) 957-0187**  Email: **dtrainedinc@gmail.com**

"Listing Broker": **Generations Realty and Property Mngmt LLC**
Broker's Address: **407 Irvington Ave, South Orange, NJ 07079**
LB Tele #: **(973) 558-2129**  Fax #: **(973) 821-5152**

"Property": **"Same"**

"Listing Price" SALE $ **775,000.00**
RENTAL $ **N/A**

**2. TERM OF AGREEMENT:** From "Commencement Date" **04/26/2022** to "Expiration Date" **10/26/2022**

**3. DISCLOSURE OF BUSINESS RELATIONSHIP:**
I, **Duwan Irby** (Name of Licensee) as an authorized representative of **Eva Irby** (Name of Listing Broker) intend, as of this time, to work with you as a: (Check only one line)
___ Seller's / Landlord's Agent only (SA)
✓ Seller's / Landlord's Agent and Disclosed Dual Agent if the opportunity arises (DD)
___ Transaction Broker (TB)

**4. OFFER OF COOPERATION / COMPENSATION:**
SALE: The Seller authorizes and the Listing Broker offers Cooperation / Compensation as follows: (Check and Complete Appropriate Line(s))
TO: SUBAGENTS: YES: ___ @ ___   NO: X
TO: BUYER BROKERS: YES: X @ **2%**   NO: X
TO: TRANSACTION BROKERS: YES: ___ @ ___   NO: X

RENTAL: The Landlord authorizes and the Listing Broker offers Cooperation / Compensation as follows: (Check and Complete Appropriate Line(s))
TO: SUBAGENTS: YES: ___ @ ___   NO: ___
TO: TENANT BROKERS: YES: ___ @ ___   NO: ___
TO: TRANSACTION BROKERS: YES: ___ @ ___   NO: ___

**5. The "Commission" shall be as follows:**
The "Sale Commission:" **4%**
The "Rental Commission:" **N/A**

If this Listing/Commission Agreement is for the sale of the Property only, Owner agrees not to list the Property for rental with any other Broker during the term of this Listing/Commission Agreement. If this Listing/Commission Agreement is for the rental of the Property only, Owner agrees not to list the property for sale with any other Broker during the term of this Listing/Commission Agreement.

**6. Keybox.** Owner ___ does **X** does not authorize the Listing Broker to place a GSMLS Keybox on the Property to aid in the showing of the Property.

**7. COMMISSION SPLITS.** LISTING BROKERS USUALLY COOPERATE WITH OTHER BROKERAGE FIRMS BY SHARING INFORMATION ABOUT THEIR LISTINGS AND OFFERING TO PAY PART OF THEIR COMMISSION TO THE FIRM THAT PRODUCES A BUYER. THIS IS GENERALLY REFERRED TO AS THE "COMMISSION SPLIT".

SOME LISTING BROKERS OFFER TO PAY COMMISSION SPLITS OF A PORTION OF THE GROSS COMMISSION, USUALLY EXPRESSED AS A PERCENTAGE OF THE SELLING PRICE, LESS A SIGNIFICANT DOLLAR AMOUNT. OTHER LISTING BROKERS OFFER A PORTION OF THE GROSS COMMISSION LESS ONLY A MINIMAL LISTING FEE OR LESS ZERO.

THE AMOUNT OF COMMISSION SPLIT YOUR BROKER OFFERS CAN AFFECT THE EXTENT TO WHICH YOUR PROPERTY IS EXPOSED TO PROSPECTIVE BUYERS WORKING WITH LICENSEES FROM OTHER BROKERAGE FIRMS.

ON THIS LISTING, THE BROKER IS OFFERING A COMMISSION SPLIT OF **2%** MINUS **-$25.00** TO POTENTIAL COOPERATING BROKERS.

IF YOU FEEL THAT THIS MAY RESULT IN YOUR PROPERTY RECEIVING LESS THAN MAXIMUM EXPOSURE TO BUYERS, YOU SHOULD DISCUSS THOSE CONCERNS WITH THE LISTING SALESPERSON OR HIS/HER SUPERVISING BROKER.

BY SIGNING THIS LISTING AGREEMENT THE OWNER(S) ACKNOWLEDGE HAVING READ THIS STATEMENT ON COMMISSION SPLITS.

**8. PAYMENT OF THE COMMISSION FOR SALE/LEASE, AGENCY ARRANGEMENTS.** The Owner agrees to pay the Listing Broker (or as the Listing Broker may direct) the Commission if the Property is sold, leased, exchanged or otherwise transferred by/through the Listing Broker, or through any other source (including the direct sale/lease by the Owner) before the Expiration Date.

The Commission shall be earned when a ready, willing and able Buyer/Tenant is produced and shall be paid at the time of the transfer of the Property or signing of the lease. By signing this Agreement the Owner instructs the title agent/attorney to pay the Commission at such time. In the event the Property is sold to the Tenant during the term of its Tenancy, the Sale Commission shall be paid by the Owner to the Listing Broker if sold to the Tenant by _____.

**(CONTRACTUAL PROVISIONS ARE CONTINUED ON THE REVERSE SIDE OF THIS PAGE, PLEASE REVIEW)**

Listing Agent: _[signature]_ (L.S.)
(Print Name) **Eva Irby**
LA ID #: **250530**

Accepted By: Authorized Representative _[signature]_ (L.S.)
(Print Name) **Eva Irby**
Broker ID #: **4988**

Owner: _[signature]_ (L.S.) Date: **4/26/22**
Owner: _____ (L.S.) Date: _____
Owner: _____ (L.S.) Date: _____
Owner: _____ (L.S.) Date: _____