UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Judge: _____

Chapter: _____

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, _____, is the (check all that apply):

   ☐ Trustee:   ☐ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

   ☐ Debtor:   ☐ Chap. 11   ☐ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional _____ to serve as (check all that apply):

   ☐ Attorney for:   ☐ Trustee   ☐ Debtor-in-Possession

   ☐ Official Committee of _____

   ☐ Accountant for:   ☐ Trustee   ☐ Debtor-in-possession

   ☐ Official Committee of _____

☐ Other Professional:

    ☐ Realtor     ☐ Appraiser     ☐ Special Counsel

    ☐ Auctioneer     ☐ Other (specify): _____

3. The employment of the professional is necessary because:

_____
_____
_____

4. The professional has been selected because:

_____
_____
_____

5. The professional services to be rendered are as follows:

_____
_____
_____

6. The proposed arrangement for compensation is as follows:

_____
_____
_____

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐ None

☐ Describe connection: _____

_____
_____

8. To the best of the applicant's knowledge, the professional (check all that apply):

☐ does not hold an adverse interest to the estate.

☐ does not represent an adverse interest to the estate.

☐ is a disinterested person under 11 U.S.C. § 101(14).

☐ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐ Other; explain: _____

_____

_____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: _____

_____

_____

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: _____     _____
                                  Signature of Applicant

*rev.8/1/15*