| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707 (local)<br>Attorneys for Secured Creditor | Case No.: **18-10180-VFP**<br><br>Chapter **13**<br><br>Hearing Date: **July 14, 2022 @11:00am**<br><br>Judge: **Vincent F. Papalia** |
| **In Re:**<br><br>**Daryl L Smith,**<br><br>    **Debtor.** | |

## LIMITED RESPONSE TO MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS UNDER SECTION 363(F).PROPERTY FOR SALE: ERROR: PROPERTY UNKNOWN

Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS3, ("Secured Creditor"), by and through undersigned counsel, hereby files its Limited Response to Motion to Sell Property Free and Clear of Liens under Section 363(f).Property for sale: Error: Property unknown ("Motion") (DE# **133**) filed by Debtor, Daryl L Smith and, in support thereof, states as follows:

1. Debtor Daryl L Smith ("Debtor") filed the instant Chapter 13 Petition on January 4, 2018 (the "Petition Date").

2. Secured Creditor holds a security interest in the Debtor's real property located at 92 Roland Avenue South Orange, NJ 07079 (the "Property") by virtue of a Mortgage in the principal amount of $359,000.00 recorded in Book 12021, Page 616 in the Office of the Clerk/Register of Deeds for Essex County, New Jersey (the "Mortgage").

3. Debtor's Motion seeks Court approval for the sale of the Property for a proposed sale price of $725,000.00.

4. As of July 31, 2022, the estimated amount due under the terms of the Secured Creditor's lien is $519,481.76. This amount should not be relied upon to pay off the loan as interest and additional advances may come due prior to the date of the proposed sale. Secured Creditor will provide an updated payoff at or near the scheduled closing sale.

5. Secured Creditor does not object to the Debtors' Motion to the extent that any sale is subject to Secured Creditor's lien and that Secured Creditor's lien will be paid in full at the closing of said sale based upon an up to date payoff quote.

6. Secured Creditor is filing its Response in an abundance of caution, as Secured Creditor wants it to be clear that it should not be compelled to participate in a sale of the property absent payment in full of Secured Creditor's mortgage lien on the real property without being given the right to credit bid pursuant to 11 U.S.C. § 363(k).

7. Furthermore, Secured Creditor requests that failure to complete any sale within 90-days of entry of this Order will result in any Order authorizing the sale to be deemed moot.

8. Secured Creditor reserves the right to supplement this response at or prior to any hearing on this matter.

RAS Citron, LLC
Attorney for Secured Creditor
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707

By: /s/ Harold N. Kaplan_____
Harold N. Kaplan, Esquire
Bar ID: HK0226
Email: hkaplan@raslg.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707 (local)<br>Attorneys for Secured Creditor | Case No.: **18-10180-VFP**<br><br>Chapter **13**<br><br>Hearing Date: **July 14, 2022 @11:00am**<br><br>Judge: **Vincent F. Papalia** |
| **In Re:**<br><br>**Daryl L Smith,**<br><br>     **Debtor.** | |

## CERTIFICATION OF SERVICE

1. I, **Haorld Kaplan**, represent Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS3 in this matter.

2. On **7/6/2022**, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below. Motion to Sell Property Free and Clear of Liens under Section 363(f).Property for sale: Error: Property unknown.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 7/6/2022

                                          Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                          Attorney for Secured Creditor
                                          130 Clinton Road, Suite 202
                                          Fairfield, NJ 07004
                                          Telephone: 973-575-0707

                                          By: /s/ Harold N. Kaplan_____
                                          Harold N. Kaplan, Esquire
                                          Bar ID: HK0226
                                          Email: hkaplan@raslg.co

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert C. Nisenson, LLC<br>10 Auer Court<br>Suite E<br>East Brunswick, NJ 08816 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>_____<br>(as authorized by the court*) |
| Daryl L Smith<br>92A Roland Avenue<br>South Orange, NJ 07079 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>_____<br>(as authorized by the court*) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>_____<br>(as authorized by the court*) |