# ROBERT C. NISENSON, L.L.C.
## ATTORNEY AT LAW

10 Auer Court
East Brunswick, N.J. 08816
(732) 238-8777
Fax (732) 238-8758
Email: Rnisenson@aol.com

Robert C. Nisenson
　*Member of NY & NJ Bars

August 25, 2022

**VIA MAIL**
Honorable Vincent F. Papalia
United State Bankruptcy Court
50 Walnut Street
Courtroom 3B
Newark, NJ 07102

**Re: Daryl L Smith
Case No: 18-10180**

Dear, Judge Papalia:

　　We are the attorney for the Debtor in this matter. The Debtor has obtained an order to sell the property. Please be informed it is the above Debtor's intentions since the sale feel through the Debtor intends to continue making the Plan payments. Debtor is still trying to sell his home and if he gets a new buyer, he will submit a new motion to sell the property and pay off the plan through the sale of the home at that time.

　　Thank you.

Very truly yours,

ROBERT C. NISENSON

RCN:JN
CC: Marie-Ann Greenberg, Trustee