**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| In the Matter of | : | Case: 18-10180 VFP |
|---|---|---|
|  | : | Chapter 13 |
| DARYL SMITH | : |  |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

**WITHDRAWAL OF DOCUMENT**

    The Debtor hereby withdraws Notice of Private Sale on Debtor's property at 92 Roland Avenue, South Orange, NJ on Docket # 151.

                                              /s/ Robert C. Nisenson
                                              ROBERT C. NISENSON

Dated: October 10, 2022