| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone:  973-575-0707 (local)<br>Attorneys For Secured Creditor<br><br>**Kimberly A. Wilson, Esquire**<br><br>NJ ID#031441997 | CASE NO.: **18-10180-VFP**<br><br>CHAPTER 13<br><br>HEARING DATE: <u>N/A</u><br><br>JUDGE:  Judge Vincent F. Papalia |
| **In Re:**<br><br>**Daryl L Smith,**<br><br>       **Debtor.** | |

## NOTICE OF SATISFACTION OF PROOF OF CLAIM 4

NOW COMES, Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS3 and hereby provides notice that the Proof of Claim 4, filed by Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS3 on March 15, 2018, in the amount of $510,673.34, is deemed satisfied and no further payments are due. Accordingly, any future disbursements on Claim number 4 should cease at this time. Any monies received after the date of this Notice will be returned to the sender.

     Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
5601 Executive Drive, Suite 400
Irving, TX 75038
817-873-3080 Ext 156

By: /s/ Kimberly A. Wilson
Kimberly A. Wilson, Esquire
Attorney for Secured Creditor

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707 (local)<br>Attorneys For Secured Creditor<br><br>==Kimberly A. Wilson, Esquire==<br><br>NJ ID#031441997 | CASE NO.: **18-10180-VFP**<br><br>CHAPTER 13<br><br>HEARING DATE: <u>N/A</u><br><br>JUDGE: Judge Vincent F. Papalia |
| **In Re:**<br><br>**Daryl L Smith,**<br><br>    **Debtor.** | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>November 29, 2022</u>, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

**Daryl L Smith**
**92A Roland Avenue**
**South Orange, NJ 07079**

**Robert C. Nisenson**
**Robert C. Nisenson, LLC**
**10 Auer Court**
**Suite E**
**East Brunswick, NJ 08816**

**Marie-Ann Greenberg**
**Chapter 13 Standing Trustee**
**30 Two Bridges Rd**
**Suite 330**
**Fairfield, NJ 07004-1550**

**U.S. Trustee**
**US Dept of Justice**
**Office of the US Trustee**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707 (local)<br>Attorneys For Secured Creditor<br><br>==Kimberly A. Wilson, Esquire==<br><br>NJ ID#031441997 | CASE NO.: **18-10180-VFP**<br><br>CHAPTER 13<br><br>HEARING DATE: <u>N/A</u><br><br>JUDGE: Judge Vincent F. Papalia |
| **In Re:**<br><br>**Daryl L Smith,**<br><br>     **Debtor.** | |

**One Newark Center Ste 2100**
**Newark, NJ 07102**

                                                By: /s/ Kenyatta Mclean
                                                Email: Kenmclean@raslg.com